**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02456-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff, Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado, originally filed a civil complaint in the United States District Court for the Northern District of California (Northern District of California). The Northern District of California determined that venue in the instant action properly lies in the United States District Court for the District of Colorado and entered an order on September 12, 2012, transferring the case to this Court.

    As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted documents are deficient as described in this Order. Mr. Young will be directed to cure the following if he wishes to pursue his claims. Any papers which Mr. Young files in response to this Order must include the civil action number on this Order.

    Mr. Young is further instructed to include a certified copy of his trust fund account statement. If Mr. Young intends to assert that he is not able to obtain a certified account

statement he must include copies of the requests that he submitted to the appropriate prison staff member or department for certified copies but were returned to him denied.

**28 U.S.C. § 1915 Motion and Affidavit**:
- (1) _X_ is not submitted
- (2) ___ is missing affidavit
- (3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- (4) ___ is missing required financial information
- (5) ___ is missing an original signature by the prisoner
- (6) ___ is not on proper form (must use the Court's current form)
- (7) ___ Names in caption do not match names in caption of complaint, petition or habeas application
- (8) ___ An original and a copy have not been received by the Court. Only an original has been received.
- (9) ___ Other _____

**Complaint, Petition or Application**:
- (10) ___ is not submitted
- (11) _X_ is not on proper form (must use the Court's current form)
- (12) ___ is missing an original signature by the prisoner
- (13) ___ is missing page nos. ___
- (14) ___ Uses et al. instead of listing all parties in caption
- (15) ___ An original and a copy have not been received by the court. Only an original has been received.
- (16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) ___ Names in caption do not match names in text
- (18) ___ Other _____

Accordingly, it is

ORDERED that Mr. Young cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers which Mr. Young files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Young shall obtain the Court-approved forms used in filing a prisoner complaint and a prisoner's 28 U.S.C. § 1915 motion and

affidavit, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Young fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED September 26, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland  
United States Magistrate Judge